NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC.,**
*Plaintiff-Appellant,*

**v.**

**OCTANE FITNESS, LLC,**
*Defendant-Cross-Appellant.*

---

2011-1521, -1636

---

Appeals from the United States District Court for the District of Minnesota in No. 0:09-CV-0319-ADM-SER, Judge Ann D. Montgomery.

---

***SUA SPONTE***

---

Before NEWMAN and LOURIE, *Circuit Judges.*\*

PER CURIAM.

**O R D E R**

---

\*    Randall R. Rader, who retired from the position of Circuit Judge on June 30, 2014, did not participate in this decision.

The court *sua sponte* enters the following order in *ICON Health & Fitness, Inc. v. Octane Fitness, LLC* (No. 2011-1521, -1636).

IT IS ORDERED THAT:

The parties are hereby directed to file briefs, not to exceed fifteen pages each, addressing the impact of the Supreme Court's decisions in *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 573 U.S. __, 134 S. Ct. 1749 (2014) and *Highmark Inc. v. Allcare Health Management System, Inc.*, 572 U.S. __, 134 S. Ct. 1744 (2014) on the issue of attorney fees under 35 U.S.C. § 285 in this case and how the court should proceed following the remand of the case from the Supreme Court.  The briefs shall be filed no later than August 12, 2014.

FOR THE COURT

July 14, 2014                          /s/ Daniel E. O'Toole
        Date                          Daniel E. O'Toole
                                      Clerk of Court

cc:  David R. Wright
     Rudolph A. Telsher, Jr.